IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PETE WILLIAM CORN                                                            PLAINTIFF

VS.                                    CASE NO. 09-CV-1015

KEN JONES, Union County Sherriff;
CAPT. JOHN WILLIAMS, Union
County Criminal Justice Facility; LT.
BASS; DEPUTY GERRY AVERY; DR.
SEAL; and NURSE KELLY PEPPER                                                 DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Dismiss. (Doc. No. 24). In the motion, the Defendants request that Plaintiff's complaint be dismissed on the ground that Plaintiff failed to comply with the Court's December 4, 2009 Order. Upon consideration, the Court finds good cause exists for Plaintiff's failure. Accordingly, the Defendants' Motion to Dismiss should be and hereby is **denied**.

IT IS SO ORDERED, this 16th day of February, 2010.

                                                /s/Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                United States District Judge