IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


PETE WILLIAM CORN                                                    PLAINTIFF


VS.                                    CASE NO. 09-CV-1015


KEN JONES, Union County Sherriff;
CAPT. JOHN WILLIAMS, Union
County Criminal Justice Facility; LT.
BASS; DEPUTY GERRY AVERY; DR.
SEAL; and NURSE KELLY PEPPER                                        DEFENDANTS


## ORDER

Before the Court is the Report and Recommendation filed on January 22, 2010, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 23). In his report, the Magistrate Judge recommended that this case be dismissed on

the ground that the Plaintiff has failed to obey the Court's December 4, 2009 order directing him

to complete an attached notice regarding the summary judgment motion filed by the Defendants.

The Plaintiff has filed objections to the report (Doc. No. 25)[1] stating that he did not receive the

Court's December 4, 2009 order. He also asks for the Court's assistance in responding to the

pending summary judgment motion.

After reviewing the record *de novo,* the Court finds that good cause exists for Plaintiff's

failure to obey the Court's order. Accordingly, the Magistrate Judge's recommendation to

---

[1] Plaintiff had until February 8, 2010 to file his written objections to the magistrate's
report and recommendation. Plaintiff's objections were not received by the Court until
February 12, 2010. However, the envelope containing Plaintiff's objections was
postmarked January 28, 2010, well before the deadline expired. Accordingly, the Court
finds that Plaintiff's objections to the magistrate's report and recommendation are timely.

dismiss this case is rejected.  The matter is referred back to the Magistrate Judge for further

disposition of  Defendants' Motion for Summary Judgment.

IT IS SO ORDERED, this 16th day of February, 2010.


___/s/Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge